MATTHEW G. BAGLEY (6820)
6141 W. INDIAN PONY WAY
HERRIMAN, UT 84096
TELEPHONE: (801) 819-5686
ATTORNEY FOR PLAINTIFF

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | | |
|---|---|---|
| Jessica Wignall,<br><br>Plaintiff,<br><br>v.<br><br>MRV Banks; Experian Information Solutions, Inc.; and Equifax Information Services, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-00692-CMR<br><br>**NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims MRV Banks and Equifax Information Services, LLC remain pending.

Dated: December 2, 2024

*/s/ Matthew G. Bagley*
Matthew G. Bagley

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Matthew Bagley*